# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, **Plaintiff,** vs. JOHN L. PEAK, **Defendant.** | PO 25-5168-GF-JTJ <br><br> VIOLATION: E1384029 <br> Location Code: M13 <br><br> ORDER |

Based upon the United States' motion to accept the defendant's payment of a $100 fine and $30 processing fee for violation E1384029 (for a total of $130), and for good cause shown, **IT IS ORDERED** that the $130 payment made by the defendant is accepted as a full adjudication of violation E1384029. **IT IS FURTHER ORDERED** that the initial appearance scheduled for January 9, 2026, is **VACATED**.

DATED this 2nd day of December, 2025.

John Johnston
United States Magistrate Judge